UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

T.S.; S.S.; and R.S.,

                Plaintiffs,

-against-

THE ROCKEFELLER UNIVERSITY
A/K/A ROCKEFELLER UNIVERSITY
HOSPITAL F/K/A THE ROCKEFELLER
INSTITUTE AND THE ROCKEFELLER
INSTITUTE FOR MEDICAL RESEARCH,

                Defendant.
——————————————————————X

Civ. No. 20-8724(ER)(OTW)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties through their respective attorneys of record, pursuant to their settlement of this action, that this matter shall be, and is hereby, dismissed with prejudice in its entirety pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii).

The parties further stipulate that each party shall bear its or his own costs and attorneys' fees.

Dated: May 3, 2021
New York, New York

CUTI HECKER WANG LLP

By: _____
Mariann Meier Wang
Alexander Goldenberg
Alice G. Reiter
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2600

*Attorneys for Plaintiffs T.S., S.S., and R.S.*

COHEN & GRESSER LLP

By: _____
Mark S. Cohen
Mark Spatz
Oliver Haker
David Lisner
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 233-4141

*Attorneys for Defendant The Rockefeller University (formerly known as The Rockefeller Institute and The Rockefeller Institute for Medical Research), of which The Rockefeller University Hospital is a center*